IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09cr3 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| ANTONIO FRAUSTO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

| | | |
|---|---|---|
| Government Exhibits | 1-4, 6 | Hearing held 1/27/09 |
| Defendant Exhibit | 101 | Hearing held 2/27/09 |
| Defendant Exhibit | 101 | Hearing held 3/6/09 |
| Defendant Exhibit | 101 | Hearing held 6/11/09 |
| Defendant Exhibits | 102 - 104 | Hearing held 7/9/10 |

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 2nd day of September, 2011.

s/ Joseph F. Bataillon
Chief United States District Judge